# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| LEROY GRIFFIN, | : No. 124 MM 2019 |
| | : |
| Petitioner | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| DEPARTMENT OF CORRECTIONS AND LOWER COURTS OF LEBANON COURTS CLERKS, | : |
| | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of December, 2019, the Petition for Leave to Appeal *Nunc Pro Tunc* is DENIED.